JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS, an individual, and WATCHDOG AI, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>ULTA BEAUTY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO: 2:25-cv-09188-CV (JCx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE [DOC. # 11]** |

On December 5, 2025, Plaintiffs JOSEPH RAYHBUCK p/k/a FAT CODA STUDIOS and WATCHDOG AI, INC. (collectively, "Plaintiffs") and Defendant ULTA, INC. ("Defendant") (together, the "Parties") filed their Stipulation to dismiss this action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1.   This action is hereby dismissed in its entirety with prejudice. The parties shall each bear their own respective attorney fees and costs.

**IT IS SO ORDERED**.

Dated: ___1/14/26___

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE